AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| Changshan Li, invididually and on behalf of all others similarly situated | ) |
| Plaintiff | ) |
| v. | )    Case No.    22-CV-01665(WMW/BRT) |
| New Asia Chinese Restaurant Wan Da Inc. d/b/a New Asia d/b/a New Chinese Resaant, d. al | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New Asia Chinese Restaurant Wan Da Inc, Hong Sheng Lin and Rong Lin                               .

Date:  ___07/17/2022___                              _____
                                                              *Attorney's signature*

                                                              Dongfa Zhou #0389180
                                                              *Printed name and bar number*

                                                              Hongfa Law Firm
                                                              1 Water St. W.  Suite 255
                                                              St. Paul, MN 55107

                                                              _____
                                                              *Address*

                                                              hongfalawfirm@hongfalawfirm.com
                                                              *E-mail address*

                                                              (651) 786-9581
                                                              *Telephone number*

                                                              (651) 925-0201
                                                              *FAX number*