UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Changshan Li,                                   File No. 22-cv-1665 (ECT/DLM)

    Plaintiff,

v.                                              **ORDER**

New Asia Chinese Restaurant
Wan Da Inc. and Hong Sheng Lin,

    Defendants.

---

Defendant New Asia Chinese Restaurant Wan Da Inc. ("New Asia") was ordered to "either show that it has retained new counsel, or file notice that it does not intend to defend against this action." ECF No. 125. Despite the passage of several months, New Asia has not complied with this order. New Asia's non-compliance amounts to a failure to defend, warranting the entry of default. Fed. R. Civ. P. 55(a); *see Adventure Creative Grp., Inc. v. CVSL, Inc.*, No. 16-cv-2532 (ECT/SER), 2018 WL 11420008, at *1 (D. Minn. Dec. 27, 2019) (citing cases).

Therefore, **IT IS ORDERED THAT** the Clerk is directed to enter Defendant New Asia Chinese Restaurant Wan Da Inc.'s default pursuant to Federal Rule of Civil Procedure 55(a).

Dated: March 21, 2025                           s/ Eric C. Tostrud
                                                                      Eric C. Tostrud
                                                                      United States District Court