# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Changshan Li, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 22-cv-1665 ECT/DLM |
| New Asia Chinese Restaurant Wan Da Inc., and Hong Sheng Lin, | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Clerk's Entry of Default against Defendant New Asia Chinese Restaurant Wan Da Inc. [ECF No. 136] is **VACATED**.

2. Judgment shall be entered in favor of Defendants New Asia Chinese Restaurant Wan Da Inc. and Defendant Hong Sheng Lin.

Date: 7/24/2025                                                   KATE M. FOGARTY, CLERK